IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:16CR110 |
| DYLAN MARON, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 60), leave of court is granted for the filing of the dismissal of the Criminal Indictment against Dylan Maron.

IT IS ORDERED that the Motion to Dismiss the Criminal Indictment (Filing No. 60) is granted.

Dated this 26th day of April, 2016.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge